**FILED**

**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD., an Illinois corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| STEPHEN CHEUNG, an Individual, d/b/a INTERNATIONAL STAR REGISTRY, and d/b/a STAR REGISTRY, and d/b/a GRAND STAR REGISTRAR | ) ) ) ) ) ) |
| Defendant. | |

Civil Action No.

**08 C 1378**

**JUDGE MANNING
MAGISTRATE JUDGE KEYS**

## COMPLAINT

### NATURE AND STATUTORY BASIS OF ACTION

1.    This is an action for (a) Unfair Competition under the laws of the United States, as provided for by Title 15, United States Code, Section 1125(a); (b) Trademark Infringement and Unauthorized Use of a Trademark; (c) Common Law Unfair Competition; (d) Deceptive Trade Practices and Consumer Fraud; and (e) Dilution.

### THE PARTIES

2.    Plaintiff, International Star Registry of Illinois, Ltd. (hereinafter sometimes referred to as "ISR"), is an Illinois corporation having its principal place of business at 34523 N. Wilson Road, Ingleside, Illinois 60041.

3.    Defendant, Stephen Cheung, is an individual who, on information and belief, does or recently has done business under a variety of names including Star Registry, International Star Registry and Grand Star Registrar.  On information and belief,

the Defendant has a principal place of business located at 533 Oxford Circle, Davis, California 95616.

4.    The Defendant has, on information and belief, distributed or offered for sale the services and products as will be subsequently described within this Complaint which form the basis for the violations of Federal and Illinois laws alleged herein. The Plaintiff and, on information and belief, Defendant market their respective services and products to prospective purchasers within the Northern District of Illinois, Eastern Division.

<div align="center">COUNT I</div>

**FEDERAL UNFAIR COMPETITION**

5.    As a complete and first ground for relief, ISR hereby alleges that the Defendant has committed Unfair Competition as defined under the Trademark Laws of the United States, and in particular 15 U.S.C. 1125(a), and re-alleges Paragraph Nos. 1 through 4 of this Complaint.

6.    Since 1979 Plaintiff has been continually engaged in the business of providing the service of naming stars for members of the public.  The Plaintiff has identified a large number of unnamed stars and created a gift package including original and creative materials for presentation to an individual if a star is to be named after him or her.  For a small fee the Plaintiff will assign names of individuals to such stars as a gift or remembrance item for a friend or loved one.

7.    The unique star identification materials sent by Plaintiff to customers ordering a star to be named, or after whom

a star has been named, include a decorative certificate suitable
for framing, bearing a gold seal, identifying the star and the
new name of the star, a cover letter from the Plaintiff, a
constellation chart to aid in the location of the star by showing
constellations, drawn and created by an employee of Plaintiff,
and a detailed star map showing a portion of the sky with the
customer's star marked thereon.  Also the materials include a
booklet by Dr. James J. Rickard and formerly by Dr. T. Harry
Leith (both noted Doctorates in Astronomy) to promote an interest
in astronomy.  The star naming package is packed in a flat
cardboard carton measuring 12 x 17 inches and sent directly to
the customer.

        8.    The star identification package, contents, and format
have been used continuously by Plaintiff for many years in its
business of naming stars for customers, and have acquired a
secondary meaning whereby they are associated with the Plaintiff
by members of the public familiar with Plaintiff and Plaintiff's
services and products associated with astronomy.

        9.    Plaintiff has adopted several trademarks and service
marks on or in association with its advertising for its star
identification packages in order to identify its services to the
public, including the service mark, trademark, and trade name
**INTERNATIONAL STAR REGISTRY**, and the service mark and trademark
**STAR REGISTRY**, which marks have come to be known by members of
the public as identifying Plaintiff and Plaintiff's star naming
services and star naming packages and literature associated with
astronomy.

        10.    The Plaintiff maintains a directory and publishes

3

books, which list each star by the designated name and show the coordinates for the identified star.

11.   The Plaintiff has registered in the United States Patent and Trademark Office the mark **INTERNATIONAL STAR REGISTRY** as Registration No. 1,420,543, issued on December 9, 1986.  This registration issued upon the Principal Trademark Register and is in full force and effect.  A Section 8 & 15 Declaration was approved for this registration and the registration has achieved "incontestable" registration status.  A copy of this Registration is attached as Exhibit A.  ISR has also registered in the United States Patent and Trademark Office upon the Principal Trademark Register the mark **INTERNATIONAL STAR REGISTRY** as Registration No. 2,101,458, and the mark **STAR REGISTRY** as Registration No. 2,101,459, both registrations issued on September 30, 1997. Copies of these Registrations are attached as Exhibits B and C, respectively.  ISR additionally has registered the mark **STARREGISTRY.COM**, Registration No. 2,584,337.  This registration is in full force and effect and a copy of the registration is attached as Exhibit D.  In addition, ISR has registered in the United States Patent and Trademark Office upon the Supplemental Register the mark **INTERNATIONAL STAR REGISTRY** as Registration No. 1,356,046, issued on August 20, 1985.  A copy of this Registration is attached as Exhibit E.

12.   Plaintiff has spent considerable sums of money in promoting and advertising its business under the service marks, trademarks, and trade names **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY** throughout the United States, including advertising

4

in major metropolitan areas such as Chicago, New York, Los
Angeles, and many other areas.

13.  Plaintiff has made sales in excess of Four Million
Dollars ($4,000,000.00) during the calendar year of 1998 alone
for the service of naming stars, all under plaintiff's well-known
service marks, trademarks, and trade names.

14.  Plaintiff has named over Seven Hundred Fifty Thousand
(750,000) stars for persons throughout all of the United States,
including Illinois and this District.

15.  Plaintiff's advertising and extensive sales throughout
the United States have created a substantial amount of goodwill
in Plaintiff's service marks, trademarks, and trade names and has
created an excellent reputation for Plaintiff under the service
marks, trademarks and trade names **INTERNATIONAL STAR REGISTRY** and
**STAR REGISTRY**.

16.  In publicizing, promoting and advertising its products
and services the Plaintiff has incurred expenses in excess of
Four Million Dollars ($4,000,000.00) in the last four years
alone.  The mark **INTERNATIONAL STAR REGISTRY** has been widely
promoted in connection with the Plaintiff's products and
services.  Promotional or advertising activities have included
network television advertising or publicity, radio advertising,
magazine advertising, newspaper advertising and a multitude of
other activities associated with promoting the service marks,
trademarks, and trade names **INTERNATIONAL STAR REGISTRY** and
**STAR REGISTRY**.  Over One Billion (1,000,000,000) consumer
impressions of the mark **INTERNATIONAL STAR REGISTRY** are

calculated to have occurred just during a recent four (4) year time period.

17.   Plaintiff has, for a long time, maintained an 800 area code telephone number listing under the service marks **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY** for taking telephone orders from customers, and these service marks have acquired a secondary meaning associated exclusively with Plaintiff and Plaintiff's business.  Customers often identify Plaintiff as **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY** in their correspondence and conversations with Plaintiff.

18.   Plaintiff has prepared original promotional pamphlets and materials which have been widely distributed throughout the United States, which have developed a secondary meaning and appearance associated in the mind of consumers as indicating Plaintiff and Plaintiff's services and products.

19.   As a result of the extensive advertising, sales, word of mouth and editorial comment in newspapers and other publications throughout the United States, Plaintiff has developed valuable goodwill symbolized by Plaintiff's service marks, trademarks, and trade names and the distinctive fulfillment materials and advertising brochures and material distributed by Plaintiff.

20.   The Plaintiff's use of the service marks, trademarks, and trade names **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY** in connection with various services and products and on marketing materials for promoting these services and products are shown on Exhibits F, G, and H.

6

21.  Plaintiff continues to enjoy great success in selling services and products associated with the service marks, trademarks, and trade names **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY.**

22.  The service marks, trademarks, and trade names **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY** are of substantial value to the Plaintiff.  For more than fifteen (15) years of Plaintiff's use of the service marks, trademarks, and trade names **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY**, great effort and substantial sums of money have been expended by Plaintiff in the development, marketing, promotion and sale of Plaintiff's services and products using these marks and trade names and in making these marks and trade names familiar to the trade and consuming public for such services and products provided by the Plaintiff.

23.  As a result of these activities, the Plaintiff's marks and trade names have gained widespread public recognition and goodwill, and the trade and consuming public have come to associate these marks with the Plaintiff.  Based upon the foregoing uses of the marks and names **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY**, consumers, the trade and others have come to properly recognize products under the marks and trade names as being associated with, affiliated with, or sponsored by a single source of origin.

24.  Notwithstanding the Plaintiff's well-known and prior established rights in its service marks, trademarks, and trade

names **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY**, the
Defendant commenced use of marks or names including:
**INTERNATIONAL STAR REGISTRY**, **STAR REGISTRY** and **GRAND STAR
REGISTRAR** or variations of these names and marks upon, or in
association with the Internet, and/or on a website, in meta tags
or other uses in connection with the sale and distribution of
star naming materials or related gift items which at times are
similar or compete with the type of star naming materials of
Plaintiff. These services and products could be sold in the same
or similar channels of trade, to the same or similar prospective
purchasers as those of Plaintiff's services and products sold
under the service marks, trademarks, and trade names
**INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY**.  Exhibits I, J, K,
and L on information and belief, shows the Defendant's use of the
service marks, or trademarks or trade names **GRAND STAR REGISTRAR**
and **STAR REGISTRY** or variations thereof, and
www.grandstarregistrar.com, and Exhibit M shows the Defendant's
use of the service marks, trademarks, or trade names
**INTERNATIONAL STAR REGISTRY**, **STAR REGISTRY**, **GRAND STAR REGISTRAR**,
**STAR REGISTRAR**, **STARREGISTRY.COM**, and **GRANDSTARREGISTAR.COM** as
meta tags to direct traffic from internet users to Defendant's
website.

    25.  Defendant's use of the service marks, trademarks, and
trade names **INTERNATIONAL STAR REGISTRY**, **STAR REGISTRY** and **GRAND
STAR REGISTRAR** or variations thereof is causing, and is likely to
cause, confusion and mistake with Plaintiff's services and

products, sold in connection with the marks and names
**INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY**, or the Plaintiff's
business, so as to deceive the consumers, the trade and others,
and thereby constitutes an infringement of the Plaintiff's rights
through unfair competition.

26.  The Defendant has used or is using the service marks,
trademarks, and trade names **INTERNATIONAL STAR REGISTRY, STAR**
**REGISTRY** and **GRAND STAR REGISTRAR** or variations thereof in
commerce in connection with the distribution, promotion,
advertising and sale to the consuming public and trade of nearly
identical types of services to those offered by the Plaintiff
under its marks and names.

27.  Defendant's conduct in the designation of nearly
identical types of services to those offered by the Plaintiff,
together with designing star naming materials or fulfillment
materials with similarities to the type of materials offered by
the Plaintiff, will increase the likelihood of confusion between
Defendant's marks and names and the Plaintiff's marks and names.

28.  Upon information and belief, the marks and names
**INTERNATIONAL STAR REGISTRY, STAR REGISTRY** and **GRAND STAR**
**REGISTRAR** or variations thereof were selected by Defendant in
order to trade upon the reputation and goodwill of Plaintiff.
Defendant seeks to reap where Defendant has not sown.

29.  Persons familiar with Plaintiff's service marks,
trademarks, and trade names and the business of the Plaintiff
and/or Plaintiff's advertising or star naming materials, are
likely to be confused, mistaken and/or to be deceived upon seeing

9

Defendant's use of the marks and names **INTERNATIONAL STAR REGISTRY**, **STAR REGISTRY** and **GRAND STAR REGISTRAR** or variations thereof, Defendant's advertising and promotion of products, and to believe that Plaintiff's and Defendant's businesses are one and the same, or that Defendant's business is endorsed by, sponsored by, or in some way connected with Plaintiff or Plaintiff's business.

30. Defendant's use of Plaintiff's service marks, trademarks, trade names, in distinctive advertising, is likely to cause confusion, mistake and/or to deceive those familiar with Plaintiff, Plaintiff's trademarks, or Plaintiff's services or trade name into falsely believing that Defendant's services and business emanate from or are associated with Plaintiff. Defendant has, on information and belief, intentionally and willfully attempted to trade upon the goodwill of Plaintiff in its marks, trade names, advertising materials and fulfillment materials.

31. On information and belief, unsuspecting members of the public have already been confused and deceived into believing that Defendant and Defendant's business are sponsored by, associated with, and/or are the successors to, Plaintiff's business.

32. Defendant's advertising, sale and distribution of star naming services and star naming materials has injured and will continue to damage and injure Plaintiff's reputation and goodwill among the public.

33. Defendant's use in commerce of the service marks,

10

trademarks and trade names **INTERNATIONAL STAR REGISTRY**, **STAR REGISTRY** and **GRAND STAR REGISTRAR** or variations thereof in connection or association with Defendant's marketing, internet promotion, distribution, and sale to the consuming public of their star naming services and products constitutes a misappropriation of the distinguishing and identifying features which Plaintiff created through substantial effort and expense, thus evoking from the trade, consumers and others an immediate commercial impression or association favorable to Defendant, based on and derived from Plaintiff's service marks, trademarks, and trade names **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY** and the goodwill associated therein.

34.  Defendant's use of the service marks, trademarks, and trade names **INTERNATIONAL STAR REGISTRY**, **STAR REGISTRY** and **GRAND STAR REGISTRAR** or variations thereof constitutes false representations that Defendant has some connection or association with, or sponsorship by Plaintiff, and that the services and products identified with Plaintiff are available from Defendant.

35.  Said actions of Defendant constitutes violations of 15 U.S.C. §1125(a) in that such false designation and representations of origin and quality are used on or in connection with the services and products that Defendant causes to enter into, or to affect commerce, which may lawfully be regulated by Congress.

36.  As a result of these misappropriations, Plaintiff has been irreparably damaged and, unless Defendant's infringing

activities are enjoined, the Plaintiff will continue to suffer
irreparable injury to its property and goodwill.  Unless
Defendant's unfair and infringing acts are restrained, the
serious damage suffered by Plaintiff will continue to Plaintiff's
irreparable harm.

37.  Upon information and belief, Defendant has direct and
first hand knowledge of Plaintiff's long standing use of its
marks, such as, without limitation, from Defendant's internet
listings being adjacent to Plaintiff's listings and Plaintiff's
extensive advertising and promotion of its products and services
under its marks and names, which are famous marks and names, in
use by Plaintiff.  Plaintiff has requested in a written
communication to Defendant to refrain from its infringing conduct
in the use of the Plaintiff's marks **INTERNATIONAL STAR REGISTRY**
and **STAR REGISTRY**, with confusingly similar marks or names, by
way of a letter dated November 6, 2007, delivered via overnight
courier.  Exhibit N.  The letter was delivered and received on
November 7, 2007 by Defendant or Defendant's representative, as
evidence by the signature of Defendant's representative K.
Brogan.  Exhibit O.  Plaintiff has not heard from Defendant since
its receipt of Plaintiff's letter requesting Defendant to refrain
from its infringing activities.  These facts inclusive of
Defendant's apparent knowledge of Plaintiff's long-standing and
well established trademark rights in its famous marks and names
and Defendant's receipt and ignoring of Plaintiff's letter of
November 6, 2007 evidence Defendant's bad faith in continuing use
of marks and names of Plaintiff, or confusingly similar marks and

12

names, after receiving actual notice of Plaintiff's charge of infringement.

## COUNT II

38.  Plaintiff re-alleges Paragraphs 1-37 of this Complaint as though same were fully set forth in this Count II.

39.  In addition to the Plaintiff's Federal Registrations for the marks **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY** the Plaintiff also holds an Illinois State Registration for the mark **STAR REGISTRY**.

40.  Defendant's use of the marks and names **INTERNATIONAL STAR REGISTRY**, **STAR REGISTRY** and **GRAND STAR REGISTRAR** or variations thereof is without permission and authority of Plaintiff and constitutes willful infringement of Plaintiff's rights in the marks shown within the Plaintiff's Federal and State Trademark Registrations.

## COUNT III

41.  Plaintiff re-alleges paragraphs 1-37 and 39-40 of this Complaint as though the same were fully set forth in this Count III.

42.  Defendant has misappropriated and unlawfully exploited the valuable property rights and goodwill of Plaintiff in its marks and names **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY** through the use of confusingly similar service marks, trademarks, and trade names, **INTERNATIONAL STAR REGISTRY**, **STAR REGISTRY** and **GRAND STAR REGISTRAR** or variations thereof.  As a result of these misappropriations, Plaintiff has been damaged and, unless

Defendant's infringing activities are enjoined, the Plaintiff
will continue to suffer irreparable injury to its property and
goodwill, including destruction of the business value of the
Plaintiff's marks, names and reputation, and Defendant will be
unjustly enriched thereby.

43.   These acts enable Defendant to unfairly compete with
Plaintiff and to deceive others by the use of the service marks,
trademarks, and trade names **INTERNATIONAL STAR REGISTRY**, **STAR
REGISTRY** and **GRAND STAR REGISTRAR** or variations thereof for
Defendant's profit and to Plaintiff's detriment in violation of
the Illinois Trademark Act 765 ILCS 1035/0.01 et/seq., in
violation of the Illinois Consumer Fraud and Deceptive Business
Practices Act, 815 ILCS 505/1-12, and in violation of the
Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1-7.

### COUNT IV

44.   Plaintiff re-alleges paragraphs 1-37, 39-40, and 42-43
of this Complaint as though the same were fully set forth in this
Count IV.

45.   Defendant, through the use of the service mark,
trademarks, and trade names **INTERNATIONAL STAR REGISTRY**, **STAR
REGISTRY** and **GRAND STAR REGISTRAR** or variations thereof, have
engaged in unfair methods of competition and unfair and deceptive
acts and practices in and affecting commerce, which conduct is
likely to cause confusion, mistake or deception of prospective
purchasers into believing there is some affiliation, association
or common source of sponsorship between Plaintiff's and

Defendant's mark, services, products or business in violation of the Common Law of Unfair Competition through engaging in Trademark Infringement.

<div align="center">COUNT V</div>

46.  Plaintiff re-alleges paragraphs 1-37, 39-40, 42-43, and 45 of this Complaint as though the same were fully set forth in this Count V.

47.  The actions of the Defendant has diluted the distinctive quality of Plaintiff's marks **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY,** in violation of the Dilution Statute of the State of Illinois, 765 ILCS 1035/15, and the Federal Trademark Laws, resulting in irreparable harm and damage to the Plaintiff.  The Plaintiff does substantial business in Illinois under the service marks, trademarks, and trade names **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY** and the Defendant, on information and belief, offer his services which has used the marks **INTERNATIONAL STAR REGISTRY, STAR REGISTRY** and **GRAND STAR REGISTRAR** or variations thereof in Illinois.

48.  The use by Defendant of an identical or a nearly identical mark to Plaintiff's marks, in the sale of Defendant's services and products, works an inexorable adverse effect upon the distinctiveness of Plaintiff's marks.  Unless Defendant's unauthorized and uncontrolled conduct is stopped immediately, it will continue to dilute the distinctive quality of Plaintiff's marks and inevitably destroy the value of such marks to Plaintiff and the goodwill associated with its marks, which Plaintiff has spent considerable time, energy and money to develop.

WHEREFORE, Plaintiff prays:

A.    That judgment be entered finding that the Defendant, through his use of the identical and/or confusingly similar service marks, trademarks, and trade names, **INTERNATIONAL STAR REGISTRY**, **STAR REGISTRY** and **GRAND STAR REGISTRAR** or variations thereof in the advertising, marketing and promotion of their services and products, has competed unfairly with Plaintiff in violation of the Federal Unfair Competition Law and the Trademark Infringement Laws.

B.    That Defendant or his related businesses, and any of his or its officers, agents, servants, employees, attorneys and all persons in active concert or participation with them who receive notice, be preliminarily and permanently enjoined and restrained from:

(i)    Using the service marks, trademarks, and trade names **INTERNATIONAL STAR REGISTRY**, **STAR REGISTRY** and **GRAND STAR REGISTRAR**, or any colorable variations or imitations thereof, or any words, designs or representations confusingly similar thereto in connection with the advertising, offering for sale and/or sale of the Defendant's services or products;

(ii)   Otherwise infringing the service marks, trademarks, and trade names **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY**, or adopting or using confusingly similar marks;

(iii)  Unfairly competing with Plaintiff or diluting the distinctiveness of Plaintiff's marks, or the Plaintiff's distinctive uses thereof, or injuring Plaintiff's business reputation in any manner; and

16

(iv)  Causing a likelihood of confusion or misunderstanding as to source, sponsorship, approval or certification of Defendant's services or goods or as to affiliation, connection or association of them with, or approval of them by Plaintiff, or engaging in conduct which wrongfully misdirects web traffic from Plaintiff or from Defendant's use of Plaintiff's marks as meta tags, or engaging in conduct tending to create a false commercial impression of Defendant's services, products, or any other conduct which similarly creates a likelihood of confusion, misunderstanding or false representation.

C.  That Defendant be directed to deliver up to this Court for destruction, pursuant to 15 U.S.C. 1118, all prints, advertisements, tapes, labels, packaging or other articles bearing the marks or names **INTERNATIONAL STAR REGISTRY**, **STAR REGISTRY** and **GRAND STAR REGISTRAR** or any variations thereof, and any reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices, screens, and other means of making the same.

D.  That Defendant be directed to discontinue the use of and be prohibited from using in the future any advertising or fulfillment materials which are copied or derived from the Plaintiff or where confusingly similar marks or names of the Plaintiff appear in connection with such materials.

E.  That an accounting be held and judgment rendered against Defendant and his businesses jointly and severably for three (3) times:

(i)  All profits received from the sale of their

17

unfairly competing products since the date such activity commenced; and

(ii) Actual damages sustained by Plaintiff on account of Defendant's unfair competition, infringement and deceptive practices.

F.    That Defendant be ordered to abandon any applications or cancel any federal or state registrations for the marks or names **INTERNATIONAL STAR REGISTRY**, **STAR REGISTRY** and **GRAND STAR REGISTRAR** or any variations thereof.

G.    That this Court require that Defendant and his businesses jointly and severally be required to pay reasonable attorneys' fees and taxable costs incurred by Plaintiff.

H.    Such other and further relief as the Court deems just and equitable.

Respectfully submitted,


Burton S. Ehrlich                    By:    /s/ Burton S. Ehrlich
John P. Luther                              One of Plaintiff's attorneys
Ladas & Parry LLP
224 S. Michigan Avenue
Suite 1600
Chicago, IL 60604
(312)427-1300

18

Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**

Reg. No. 1,420,543
Registered Dec. 9, 1986

## SERVICE MARK
### PRINCIPAL REGISTER

## INTERNATIONAL STAR REGISTRY

INTERNATIONAL STAR REGISTRY OF ILLI-NOIS, LTD. (ILLINOIS CORPORATION)
1821 WILLOW ROAD
NORTHFIELD, IL 60093

FOR: NOVELTY GIFT SERVICES, NAMELY, DESIGNATING CELESTIAL STARS WITH NAMES SELECTED BY CUSTOMERS AND PROVIDING CERTIFICATES AND A REGISTRY IN RECOGNITION THEREOF, IN CLASS 42 (U.S. CL. 101).

FIRST USE 6-0-1979; IN COMMERCE 9-15-1979.
OWNER OF U.S. REG. NO. 1,356,046.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STAR REGISTRY", APART FROM THE MARK AS SHOWN.
SEC. 2(F).

SER. NO. 549,027, FILED 7-19-1985.

MARY E. HANNON, EXAMINING ATTORNEY



EXHIBIT

A

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,101,458

Registered Sep. 30, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## INTERNATIONAL STAR REGISTRY

INTERNATIONAL STAR REGISTRY OF ILLI-
  NOIS, LTD. (ILLINOIS CORPORATION)
34523 N. WILSON ROAD
INGLESIDE, IL 60041

  FOR: PRINTED PUBLICATIONS, NAMELY,
BOOKLETS, BROCHURES, CHARTS, AND
SHEETS IDENTIFYING CELESTIAL BODIES,
PERTAINING TO ASTRONOMY AND FOR
PERSONS HAVING AN INTEREST IN AS-
TRONOMY AND TOPICS RELATED THERE-
TO, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

  FIRST   USE   6–0–1979;   IN   COMMERCE
6–0–1979.

  OWNER OF U.S. REG. NOS. 1,356,046 AND
1,420,543.

  SEC. 2(F).

  SER. NO. 75–175,895, FILED 9–27–1996.

JEFFERY COWARD, EXAMINING ATTORNEY

EXHIBIT
B

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,101,459

## United States Patent and Trademark Office

Registered Sep. 30, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## STAR REGISTRY

INTERNATIONAL STAR REGISTRY OF ILLI-NOIS, LTD. (ILLINOIS CORPORATION)
34523 N. WILSON ROAD
INGLESIDE, IL 60041

FOR: PRINTED PUBLICATIONS, NAMELY, BOOKLETS, BROCHURES, CHARTS, AND SHEETS IDENTIFYING CELESTIAL BODIES, PERTAINING TO ASTRONOMY AND FOR PERSONS HAVING AN INTEREST IN ASTRONOMY AND TOPICS RELATED THERE-TO, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-0-1979; IN COMMERCE 6-0-1979.

OWNER OF U.S. REG. NOS. 1,356,046 AND 1,420,543.

SEC. 2(F).

SER. NO. 75-175,896, FILED 9-27-1996.

JEFFERY COWARD, EXAMINING ATTORNEY



EXHIBIT

C

tabbies

Int. Cls.: 35 and 42

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,584,337
Registered June 25, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## STARREGISTRY.COM

INTERNATIONAL STAR REGISTRY OF ILLI-NOIS, LTD. (ILLINOIS CORPORATION)
34523 N. WILSON ROAD
INGLESIDE, IL 60041

FOR: MAIL ORDER CATALOG SERVICES FEA-TURING PRINTED PUBLICATIONS, BOOKLETS, BROCHURES, CHARTS AND SHEETS IDENTIFY-ING CELESTIAL BODIES AND THEIR LOCATIONS AND INFORMATION PERTAINING TO ASTRON-OMY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-1997; IN COMMERCE 5-0-1997.

FOR: NOVELTY GIFT SERVICES, NAMELY, DESIGNATING CELESTIAL STARS WITH NAMES SELECTED BY CUSTOMERS AND PROVIDING CERTIFICATES TO CUSTOMERS BY MEANS OF THE GLOBAL COMPUTER NETWORK; PROVID-ING INFORMATION RELATING TO STARS AND ASTRONOMY VIA THE GLOBAL COMPUTER NET-WORK; NAMING SERVICES, NAMELY, NAMING CELESTIAL STARS WITH NAMES SELECTED BY CUSTOMERS VIA THE GLOBAL COMPUTER NET-WORK AND BY TELEPHONE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-0-1997; IN COMMERCE 5-0-1997.

OWNER OF U.S. REG. NOS. 1,356,046, 2,101,459 AND OTHERS.

SEC. 2(F).

SER. NO. 75-891,187, FILED 1-7-2000.

KEVON CHISOLM, EXAMINING ATTORNEY



Int. Cl.: 35

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**

Reg. No. 1,356,046
Registered Aug. 20, 1985

## SERVICE MARK
### SUPPLEMENTAL REGISTER

## INTERNATIONAL STAR REGISTRY

INTERNATIONAL STAR REGISTRY OF ILLI-NOIS, LTD. (ILLINOIS CORPORATION)
1821 WILLOW RD.
NORTHFIELD, IL 60093

FOR: NAMING DIFFERENT INDIVIDUAL STARS IN A STAR CATALOG WITH THE NAME DESIGNATED BY CUSTOMERS, PRO-VIDING CERTIFICATES THEREOF, AND PLACING THE CATALOG ON FILE WITH PUBLIC LIBRARIES , IN CLASS 35 (U.S. CL. 101).

FIRST USE 6-0-1979; IN COMMERCE 9-15-1979.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STAR REGISTRY", APART FROM THE MARK AS SHOWN.

SER. NO. 459,110, FILED P.R. 12-30-1983; AM. S.R. 6-14-1985.

AVIS FRAZIER-THOMAS, EXAMINING AT-TORNEY



EXHIBIT
Ɛ

International Star Registry®

Star Kit™

— Name a Star —

The ultimate gift for any occasion

EXHIBIT

F

tabbies®



EXHIBIT

G



**Corporate Headquarters**
**International Star Registry®**
34523 N. Wilson Road
Ingleside, IL 60041
USA
(800) 282-3333
(847) 546-5533
www.starregistry.com®

**Australia**
P. O. Box 7681
Bondi Beach, NSW 2026
61-2-9130-8944

**Germany**
Peute Str 53C
Hamburg 20539
49-40-782596

**Brazil**
Rua Visconde de Taunay 1007/1013
Santo Amaro, Sao Paulo 04726-011
55-11-564-11720

**Italy**
PSN International
Via L. Da Vinci 24/A
20094 Corsico (Milano)
390-2-45864224/15/43

**Canada**
Betelgeuse
25-A Wilson St.
Lennoxville, QB, J1M1N2
819-562-9545

**Japan**
2-21-11-5F Nihonbashi
Ningyouchou, Chuou-lu, Tokyo-to
103-0013
81-3-5642 2177

**England**
24 Highbury Grove
London, N5 2DQ
44-207-226-6886

**Lebanon**
P.O. Box 11-1022
Beirut
961-3-388778

**France**
1432-1455 Quai Marcel Dassault
92210 St Cloud
33-1-55-394018

**Switzerland**
Zollikerstrasse 153
8008 Zurich
41-1-388-9310

*Also In*
Barcelona
Budapest
Hong Kong
Johannesburg
Mandaue City
Moscow
Reunion Island

Star Registry®



EXHIBIT
H



# STAR BRIGHT - FUN FACTS!

**What is a star?**
A star is an enormous incandescent sphere of ionized gas in outer space. A star's bright illumination and heat is generated from its core, which is made up gas elements that are fused together and create energy through nuclear reactions. Groups of stars form galaxies, which make up the known universe.

**Why are stars important to us?**
For centuries, stars have been utilized for a variety of purposes. Before the illustration of complex maps, historic explorers used them as tools of navigation in order to orient themselves with new and unfamiliar locales. Also, in many cultures, stars are recognized for their spiritual and religious uses. For example, Chinese folk religion was built upon the belief of communication with various celestial objects, including stars. To astronomers of the past and present stars have given better insight into understanding the phenomenon of science and space and have allowed us to make sense of our surroundings.

**What is the brightest star visible from Earth?**
To determine a star's brightness, current day astronomers have built upon a scale, which was invented by Hipparchus, a Greek astronomer from 190 B.C. Originally, Hipparchus' ranked stars on a brightness meter ranging from one to six, the brightest stars being one and the faintest being six. Today, a logarithmic system exists which categorizes stars similarly based on magnitude. Objects with a magnitude of less than six can be seen without telescopic aide. Generally speaking, objects in the next magnitude level are 2.5 times brighter than those in the level below. For instance, a magnitude two star is 100 times brighter than a magnitude six star. The star Sirius, the Greek word for "searing" is the brightest star visible from Earth. It has the brilliant magnitude of -1.42! At 8.5 light-years away, Sirius is still 23 times more radiant as the Sun.

**Where did wishing upon a star originate?**
Long ago and still today, people from around the world associate stars with the heavens above. Although different cultures may have varying heroes, gods, mythical creatures and legends coupled with stars, all cultures share the same basic theme. That is, stars, in one form or another, are symbols and representations of a culture's favorite heroes. Hence, wishing upon a star has always been referenced to making a prayer to a hero in hopes that they will fulfill a personal wish.



# the Grand REGISTRAR

The Senate of the Grand Star Registrar hereby declares the redesignation of star number Scorpius RA 17h 04m 49s D -34° 07' to henceforth be known as the name **Happy Anniversary Baby** Signed and sealed with the Grand Star Registrar Seal of Recognition, Upon this day October 18, 2007

President

Registrar

**EXHIBIT**

J



FALL '07 SPECIAL!
LIMITED TIME ... PACKAGE
10% OFF!

**HOME**        **ABOUT US**        **CONTACT US**        **FAQ**        **CATALOG**

Home » Welcome Michael!                    Log Off | My Account | Cart Contents | Checkout



At **Grand Star Registrar**, we offer a premiere service that is 100% guaranteed to put a smile on just about anyone's face. Whether it be for a loved one, family member, close friend, or even your boss, naming a star with our star registry is a gift will last forever and outshine all the others. Naming a star and dedicating a wish is the perfect gift for any occasion. Make a timeless mark in the sky and an everlasting impression on the one you love.

★ Order Online or Call Toll-Free at 1-800-213-9803

| ORIGINAL PACKAGE | DELUXE PACKAGE | PLATINUM PACKAGE |




$38
**FREE SHIPPING!**

$54 $48
**FREE SHIPPING!**

$70
**FREE SHIPPING!**

**ORIGINAL PACKAGE**
- Star Registry Documentation Notification
- 8.5" x 11" Personalized Star Chart
  - Star Name & Date
  - Constellation
  - Location Coordinates
- 8.5" x 11" Gold-Trimmed Star Registration Certificate
  - Includes Midnight Black Framing
  - Gold Foil Seal of Recognition
- Star Bright© Leaflet
- Options Include:
  - Single Star
  - Couple Stars
  - Group Stars

**DELUXE PACKAGE**
- Star Registry Documentation Notification
- 8.5" x 11" Personalized Star Chart
  - Star Name & Date
  - Constellation
  - Location Coordinates
- 14" x 11" Star Registration Certificate
  - Includes Luxurious Wood Framing
  - Gold Foil Seal of Recognition
- Star Bright© Leaflet
- Personalized Wish & Dedication Message
- Personally Designed Online Webpage of your Star Name & Registration Available for Viewing!
- Options Include:
  - Single Star
  - Couple Stars
  - Group Stars

**PLATINUM PACKAGE**
- Star Registry Documentation Notification
- 8.5" x 11" Personalized Star Chart
  - Star Name & Date
  - Constellation
  - Location Coordinates
- 14" x 11" Star Registration Certificate
  - Includes Intricate Luxury Framing
  - Gold Foil Seal of Recognition
- Star Bright© Leaflet
- Personalized Wish & Dedication Message
- Personally Designed Online Webpage of your Star Name & Registration Available for Viewing!
- Official GSR Wallet-sized Registration Card with Star Name, Coordinates & Date
- Options Include:
  - Single Star
  - Couple Stars
  - Group Stars



EXHIBIT
K

  

+Displayed prices and Fall promotions above reflect Single Stars.
++All purchases include free shipping.



Registered Names and Trademarks are the copyright and property of their respective owners.
Use of this Web site constitutes acceptance of the TERMS AND CONDITIONS and PRIVACY POLICY.
Copyright © 2007, GrandStarRegistrar.com. All Rights Reserved.



HOME          ABOUT US          CONTACT US          FAQ          CATALOG

Home · Welcome Michael!

Log Off ┊ My Account ┊ Cart Contents ┊ Checkout

# Product Catalog

THE
PERFECT
GIFT!

### Product Catalog

## ORIGINAL STAR PACKAGE

   

The Original Package includes a beautiful 8.5" x 11" gold-trimmed and framed Certificate of Recognition for your star name!
You will also receive a Star Registry Notification letter as well as a full star chart with coordinates to locate your star! In
addition, you will also receive a leaflet containing interesting star facts!
**Starting at just $38.00!**
CLICK TO BUY NOW!

## DELUXE STAR PACKAGE

    

The Deluxe Package includes a beautiful 14" x 11" wood framed Certificate of Recognition for your star name! You will also
receive a Star Registry Notification letter as well as a full star chart with coordinates to locate your star! You can also write a
customized wish and dedication card that will be included in your package. In addition, a personalized webpage containing
your star name information will be available online for viewing! Finally, you will also receive a leaflet containing interesting
star facts!
**Starting at just $48.00!**
CLICK TO BUY NOW!

**PLATINUM STAR PACKAGE**

    

The Platinum Package includes a luxurious 14" x 11" intricate framed Certificate of Recognition for your star name! You will also receive a Star Registry Notification letter as well as a full star chart with coordinates to locate your star! You can also write a customized wish and dedication card that will be included in your package. In addition, a personalized webpage containing your star name information will be available online for viewing! You will also receive a leaflet containing interesting star facts. Finally, you will receive a wallet-sized registration card recording your star name information to keep as a convenient reference!
**Starting at just $70.00!**
CLICK TO BUY NOW!

**STAR ANTHOLOGY PUBLICATION**



The Star Anthology Series are published volumes of The Grand Star Registrar's star registry. Copyrighted in the United States of America, these volumes are a personalized copy of the official records to every star named within an elected time installment. Within the text, you have the ability to find a star's name, date, constellation, location coordinates, and its associated personalized wish and dedication message (if the Deluxe or the Platinum Package was purchased).

With a beautiful hand woven hardcover and a unique bind, the Star Anthology Series is a great way to treasure your star and dedication for all future generations to value and relish!

The Star Anthology I covers all stars named within the dates of September 22, 2007 to September 22, 2008 and will be released on October 1, 2008.

*Images not to scale





     

Registered Names and Trademarks are the copyright and property of their respective owners.
Use of this Web site constitutes acceptance of the TERMS AND CONDITIONS and PRIVACY POLICY.
Copyright © 2007, GrandStarRegistrar.com. All Rights Reserved.





**FALL '07 SPECIAL!** KE PACKAGE **10% OFF!** LIMITED TIME

Copyrighted in the U.S.

Published in the Anthology Series

Recorded in the GSR Astronomical Documentation Archive

| HOME | ABOUT US | CONTACT US | FAQ | CATALOG |

Home - Welcome Michael!

Log Off ┊ **My Account** ┊ **Cart Contents** ┊ Checkout

# Original Star Package

THE PERFECT GIFT!

### Original Star Package

- Star Registry Documentation Notification
- 8.5" x 11" Personalized Star Chart
  - Star Name & Date
  - Constellation
  - Location Coordinates
- 8.5" x 11" Gold-Trimmed Star Registration Certificate
  - Includes Midnight Black Framing
  - Gold Foil Seal of Recognition
- Star Bright© Leaflet
- Options Include:
  - Single Star
  - Couple Stars
  - Group Stars

**Original Package- Single Star**
The single star option allows you to name a single star in the sky! This classic option is ideal for individuals looking to name a star after themselves or to marvel that special someone with a star name of their own!

Purchase the Single Star Option

**Original Package- Couple Stars**
The couple stars option allows you to name two stars that will be adjacent to each other on the star chart! This option is ideal for

couples who wish to have two star names shining together in the
sky for eternity!
Only $17 More!



**Original Package- Group Stars**
The group stars option allows you to name three or more stars (up
to 5) that are clustered together in the star chart! This gift is perfect
for a group of friends, family or company that can share a spot in
the sky with several closely grouped stars!
Only $15 More per 3rd, 4th or 5th Star!





Registered Names and Trademarks are the copyright and property of their respective owners.
Use of this Web site constitutes acceptance of the TERMS AND CONDITIONS and PRIVACY POLICY.
Copyright © 2007, GrandStarRegistrar.com. All Rights Reserved.





Copyrighted in the U.S.

Published in the Anthology Series

Recorded in the GSR
Astronomical Documentation
Archive

| HOME | ABOUT US | CONTACT US | FAQ | CATALOG |

Home › Welcome Michael!                                    Log Off | My Account | Cart Contents | Checkout

## Original Package - Single Star
Go Back Home                                    **Show:** Original Package - Single Star

| Product Name+ | Price | Buy Now |
|---|---|---|
|  Original Package - Single Star | $38.00 | |

Displaying **1** to **1** (of **1** products)                                    Result Pages:  **1**

**PayPal**
VERIFIED

PRIVACY
PROTECTED

**PayPal**  Secure Payments

 

Registered Names and Trademarks are the copyright and property of their respective owners.
Use of this Web site constitutes acceptance of the TERMS AND CONDITIONS and PRIVACY POLICY.
Copyright © 2007, GrandStarRegistrar.com. All Rights Reserved.




## HOME    ABOUT US    CONTACT US    FAQ    CATALOG

Home · Welcome Michael!                    Log Off | My Account | Cart Contents | Checkout

## Original Package - Single Star          **$38.00**

The single star option allows you name a single star in the sky! This classic
option is ideal for individuals looking to name a star after themselves or to
marvel that special someone with a star name of their own!

NAME
A STAR

**Customize Your Star Package**

Constellation:                                         Click to enlarge

Date of Dedication:              xx/xx/xxxx

Name of Star 1:



PayPal
VERIFIED

PRIVACY PROTECTED          PayPal   Secure Payments

    

Registered Names and Trademarks are the copyright and property of their respective owners.
Use of this Web site constitutes acceptance of the TERMS AND CONDITIONS and PRIVACY POLICY.
Copyright © 2007, GrandStarRegistrar.com. All Rights Reserved.

 

Copyrighted in the U.S.

Published in the Anthology Series

Recorded in the GSR
Astronomical Documentation
Archive

| HOME | ABOUT US | CONTACT US | FAQ | CATALOG |
|---|---|---|---|---|

Home · Welcome Michael!                          **Log Off** · **My Account** · **Cart Contents** · Checkout

# Frequently Asked Questions

THE
PERFECT
GIFT!

### Frequently Asked Questions

**General/Website Questions**
When I name a star and purchase a star package am I purchasing the star itself?

Who recognizes the name of my star?

What is your guarantee policy?

What are the differences in the three star packages you offer?

If I want to name a specific star for sentimental purposes can I do so?

How will I be able to locate my star in the sky?

If I want to name a star that has already been named by another person, can you recycle that star?

Other than my certificate, how can I verify I have dedicated a star and show it to friends and family?

**Account/Order Information Questions**
Why do I have to register?

How can I check my order status?

How do I gain coupons/discounts?

I can't see my order status! Help!

I lost my password, what do I do?

## General/Website Questions

**When I name a star and purchase a star package am I purchasing the star itself?**
-As a private company, Grand Star Registrar, does not own the rights to any of the stars you choose to name and dedicate. Our product is not the stars themselves, but rather the service of allowing customers to adopt stars and creating custom heartfelt packages.

**Who recognizes the name of my star?**
-The Grand Star Registrar does not have the authority to officially name stars. Among the scientific community, the sole agency that can name stars is The International Astronomical Union, which does so for both research and scientific aims. The Grand Star Registrar does however recognize your star's name and dedication in The Star Anthology series, a published version of its registry. Your star name is also recorded in our Astronomical Documentation Archive (ADA), kept in Los Angeles and San Francisco to preserve stars that have been designated by our company.

**What is your guarantee policy?**
-If you are not satisfied with our product, Grand Star Registrar will be glad to refund you less shipping and handling costs. Also, we ask that you fill out a brief questionnaire regarding your concerns so that we can provide our customers with the best product possible.

**What are the differences in the three star packages you offer?**
-Please follow our home page for more information on each of our packages and to see side-by-side comparisons.

**If I want to name a specific star for sentimental purposes can I do so?**
-Yes. As long as another customer has not named the star you have in mind, The Grand Star Registrar allows you to do so. We ask that you provide us with the constellation your star is located in and its coordinates. Once we receive this information, we ask that you verify the information you have sent to us.

**How will I be able to locate my star in the sky?**
-Each package we offer provides a detailed star map highlighting your star and its exact coordinates so you can easily locate it in the sky if you wish.

**If I want to name a star that has already been named by another person, can you recycle that star?**
-No. The Grand Star Registrar only permits one customer to one star. In other words, we do not recycle stars; each star is unique so Grand Star Registrar feels its dedication must also be unique. Once you name your star, your star's name and dedication will automatically be recorded in our registry, Star Anthology and further kept in our Astronomical Documentation Archive (ADA).

**Other than my certificate, how can I verify I have dedicated a star and show it to friends and family?**
-The Grand Star Registrar periodically publishes its registry, The Star Anthology. The Star Anthology is an outstanding book that allows individuals to refer to a published version of star names and dedication notes. For further information on The Star Anthology, please follow our registry link.

**Account/Order Information Questions**

**Why do I have to register?**
-In order to purchase you must create an account because it allows us to process your order through the shopping cart system and ensure that we receive your payment. You can also track your order and and view previous orders you have made. You will also be eligible to receive discounts/coupons.

**How can I check my order status?**
-Once you create an account and complete an order, you can check 'My Account' link and view your order history.

**How do I gain coupons/discounts?**
-When signing up for an account, indicate that you would like to receive e-mail notifications of coupons/discounts. We will then send you promotional offers and how to use it on your next purchase.

**I can't see my order status! Help!**
-If you completed a purchase and cannot see your order status afterwards (or cannot see any trace of your order) it usually means you closed the PayPal window before it could redirect you back to our website! Email support@grandstarregistrar.com with your account name, and paypal e-mail/e-mail used for purchasing. We will put the order back on our file.

**I lost my password, what do I do?**
-If you lost your password, click the "Lost Password?" link located in the Member Login bar above.



Registered Names and Trademarks are the copyright and property of their respective owners.
Use of this Web site constitutes acceptance of the TERMS AND CONDITIONS and PRIVACY POLICY.
Copyright © 2007, GrandStarRegistrar.com. All Rights Reserved.



FALL '07 SPECIAL!
LIMITED TIME PACKAGE
10% OFF!

HAVE A STAR AFTER SOMEONE

Copyrighted in the U.S.

Published in the Anthology Series

Recorded in the GSR
Astronomical Documentation
Archive

| HOME | ABOUT US | CONTACT US | FAQ | CATALOG |
|---|---|---|---|---|

Home · Welcome Michael!

**Log Off** ¦ **My Account** ¦ **Cart Contents** ¦ Checkout



# Your Order Has Been Processed!

Your order has been successfully processed! Your products will
arrive at their destination within 2-5 working days.

Please notify me of updates to the products I have selected
below:

☐ Original Package - Single Star

## Thanks for shopping with us online!

⭐ CONTINUE



Delivery Information          Payment Information          Confirmation          Finished!



**PayPal**
VERIFIED



**PayPal**  🔒 Secure Payments

    

Registered Names and Trademarks are the copyright and property of their respective owners.
Use of this Web site constitutes acceptance of the TERMS AND CONDITIONS and PRIVACY POLICY.
Copyright © 2007, GrandStarRegistrar.com. All Rights Reserved.





FALL '07 SPECIAL! DELUXE PACKAGE **10% OFF!** LIMITED TIME

NAME A STAR AND DEDICATE, INC.

Copyrighted in the U.S.

Published in the Anthology Series

Recorded in the GSR Astronomical Documentation Archive

**HOME**    **ABOUT US**    **CONTACT US**    **FAQ**    **CATALOG**

Home > Welcome Michael!    Log Off | My Account | Cart Contents | Checkout

At **Grand Star Registrar**, we offer a premiere service that is 100% guaranteed to put a smile on just about anyone's face. Whether it be for a loved one, family member, close friend, or even your boss, naming a star with our star registry is a gift will last forever and outshine all the others. Naming a star and dedicating a wish is the perfect gift for any occasion. Make a timeless mark in the sky and an everlasting impression on the one you love.

⭐ Order Online or Call Toll-Free at 1-800-213-9803



**ORIGINAL PACKAGE**    **DELUXE PACKAGE**    **PLATINUM PACKAGE**







$38    $54 $48    $70

**FREE SHIPPING!**    **FREE SHIPPING!**    **FREE SHIPPING!**

- Star Registry Documentation Notification
- 8.5" x 11" Personalized Star Chart
  - Star Name & Date
  - Constellation
  - Location Coordinates
- 8.5" x 11" Gold-Trimmed Star Registration Certificate
  - Includes Midnight Black Framing
  - Gold Foil Seal of Recognition
- Star Bright© Leaflet
- Options Include:
  - Single Star
  - Couple Stars
  - Group Stars

- Star Registry Documentation Notification
- 8.5" x 11" Personalized Star Chart
  - Star Name & Date
  - Constellation
  - Location Coordinates
- 14" x 11" Star Registration Certificate
  - Includes Luxurious Wood Framing
  - Gold Foil Seal of Recognition
- Star Bright© Leaflet
- Personalized Wish & Dedication Message
- Personally Designed Online Webpage of your Star Name & Registration Available for Viewing!
- Options Include:
  - Single Star
  - Couple Stars
  - Group Stars

- Star Registry Documentation Notification
- 8.5" x 11" Personalized Star Chart
  - Star Name & Date
  - Constellation
  - Location Coordinates
- 14" x 11" Star Registration Certificate
  - Includes Intricate Luxury Framing
  - Gold Foil Seal of Recognition
- Star Bright© Leaflet
- Personalized Wish & Dedication Message
- Personally Designed Online Webpage of your Star Name & Registration Available for Viewing!
- Official GSR Wallet-sized Registration Card with Star Name, Coordinates & Date
- Options Include:
  - Single Star
  - Couple Stars
  - Group Stars

  

+Displayed prices and Fall promotions above reflect Single Stars.
++All purchases include free shipping.



Registered Names and Trademarks are the copyright and property of their respective owners.
Use of this Web site constitutes acceptance of the TERMS AND CONDITIONS and PRIVACY POLICY.
Copyright © 2007, GrandStarRegistrar.com. All Rights Reserved.

# STAR REGISTRY NOTIFICATION

## Congratulations!

On this day, the Grand Star Registrar would like to officially commemorate you on your novel sanctuary in the sky. The name you have chosen has been forever designated and your special star will be gazed upon for lifetimes to come!

Enclosed in this custom gift package is your authentic certificate of recognition from the Grand Star Registrar. You will also find a detailed map of the sky, which gives comprehensive coordinates of this unique star and allows you to find its precise location!

In addition, your star name has been permanently placed in the Grand Star Registrar's Astronomical Documentation Archive (ADA) and published for your reference in the "Star Anthology I", copyrighted in the United States of America.

We celebrate this moment with you, knowing your place in the sky has been marked and will be treasured eternally.

Most Sincerely,

Stephen Cheung
Registrar

Eric Woo
Registrar

THE GRAND STAR REGISTRAR

EXHIBIT

L

index[1]

```
<!doctype html public "-//W3C//DTD HTML 4.01 Transitional//EN">
<html dir="LTR" lang="en"><head>
<META NAME="KEYWORDS" CONTENT="name a star, Naming a star, buy a star, Star Buying,
star-buying, star-naming, ISR, international star registry, starregistry.com,
name-a-star, Grand Star Registrar, buy-a-star, star names, birthday stars, grand
star registrar, star registry, own a star, walk to remember, gift ideas, romantic
gifts, grandstarregistrar.com, gsr, tgsr, the grand star registrar, star gift, star
gifting, couple stars, binary stars, group stars, star clusters">
<META NAME="DESCRIPTION" CONTENT="Designate a star name to someone. The perfect
novelty gift!">
<META NAME="GENERATOR" content="www.ahfb2000.com">
<META NAME="ROBOTS" CONTENT="INDEX,NOFOLLOW">
<base href="http://www.grandstarregistrar.com/catalog/">
<body marginwidth="0" marginheight="0" topmargin="0" bottommargin="0" leftmargin="0"
rightmargin="0">
<!-- ########################################### -->


<title>Name A Star- Star Registry : The Grand Star Registrar</title>
<link rel="stylesheet" type="text/css" href="zero/stylesheet.css">
<base href="http://www.grandstarregistrar.com/catalog/">
</head><body>

<center><table bgcolor=#000000 cellpadding=0 cellspacing=0 width=780><tr><td>
<table body background=/catalog/zero/images/step2.jpg cellpadding=0 cellspacing=0
width=100%><tr><td valign=top>


<!-- :: section01 :: -->
<table cellpadding=0 cellspacing=0 width=100%><tr><td>
<img src='/catalog/zero/images/banner01.jpg' align=absbottom usemap='#banner01'
border=0>
<map id="banner01" name="banner01">
<area shape="rect" alt="" coords="12,30,762,163" href="index.php" title="" />
<area shape="rect" alt="" coords="0,166,156,192" href="index.php" title="" />
<area shape="rect" alt="" coords="157,166,310,192" href="about.php" title="" />
<area shape="rect" alt="" coords="312,167,466,193" href="contact_us.php" title="" />
<area shape="rect" alt="" coords="466,164,620,195" href="faq.php" title="" />
<area shape="rect" alt="" coords="621,164,779,193" href="catalog.php" title="" />
<area shape="default" nohref="nohref" alt="" />
</map>
</td></tr></table>

<!-- :: section02 :: -->
<table cellpadding=0 cellspacing=0 width=780 height=160><tr>
   <td background='/catalog/zero/images/banner02b.jpg' width=640 valign=top>
     <table cellpadding=5 cellspacing=0 width=100%><tr><td valign=top>
     <font face=arial size=3><br><br></font>
<!-- / Zero :: Welcome \ -->

<!-- \ Zero :: Welcome / -->
   </td></tr></table>
  </td>
</tr></table>

<!-- :: section03 :: -->
<!-- / Zero :: Login Bar \ -->
<table cellpadding=0 cellspacing=0 width=100%><tr><td>
<table cellpadding=0 cellspacing=1 width=100% bgcolor=#b96c38
style='color:#ffffff;'><tr>
```



index[1]

```
    <td><a href='./' class='hidelink' style='color:#ffffff;'><b>Home</b></a> » <font
class='hidelink' style='color:#FFFFFF;'><b>Welcome <font
color='#FFFFFF'>Michael!</font></b></font></td>
   <td align=right>
      <a href='http://www.grandstarregistrar.com/catalog/logoff.php' class='hidelink'
style='color:#161616;'><b>Log Off</b></a>  | 
      <a href='http://www.grandstarregistrar.com/catalog/account.php' class='hidelink'
style='color:#161616;'><b>My Account</b></a>  | 
      <a href='http://www.grandstarregistrar.com/catalog/shopping_cart.php'
class='hidelink' style='color:#161616;'><b>Cart Contents</b></a>  | 
      <a href='http://www.grandstarregistrar.com/catalog/checkout_shipping.php'
class='hidelink' style='color:#FFFFFF;'><b>Checkout</b></a>
   </td>

</tr></table>
</td></tr></table><!-- \ Zero :: Login Bar / -->

<!-- :: section04 :: -->
<!-- / ZERO :: catalogping Cart Bar \ -->

<table cellpadding=0 cellspacing=0 width=100% bgcolor=#d5b187><tr><td>


</td></tr></table><!-- \ ZERO :: catalogping Cart Bar / -->


<!-- :: CONSTELLATION COMBO BOX ON :: -->



<!-- %%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%% -->

<!-- :: section05 :: -->
<table border=0 cellspacing=0 cellpadding=0 width=100%>
<tr>
   <td width=100% valign=top>
<table cellpadding=0 cellspacing=0 width=780>
<tr><td><img src='zero/images/main_banner1a.jpg'></td></tr>

<tr>


   <td background='zero/images/main_banner_bg.jpg' valign=middle cellpadding=2
cellspacing=2>
<center>
<table width=733>
<tr><td>
<font size=2 face=arial color=#000000>At <b>Grand Star Registrar</b>, we offer a
premiere service that is 100% guaranteed to put a smile on just about anyone's face.
 whether it be for a loved one, family member, close friend, or even your boss,
naming a star with our star registry is a gift will last forever and outshine all
the others. <font color=793900><b>Naming a star and dedicating a wish is the perfect
gift for any occasion.</b><font color=000000> Make a timeless mark in the sky and an
everlasting impression on the one you love.    </font><br>
</td></tr></table></center>
</td>

</tr></table>


<table cellpadding=0 cellspacing=0 width=280 bgcolor=3b3831>
<tr>
<td valign=top>
```

```
                                    index[1]
<img src=zero/images/toll.jpg align=absbottom>
</td></tr>

   <td valign=top>
<img src=zero/images/packages.jpg align=absbottom>
    </td>
</tr>
</table>
<table cellspacing=0 cellpadding=0 border=0 width=780 height=650
background=zero/images/columns.jpg>
<tr valign=top align=absbottom>
<td valign=top background='zero/images/originalbg.jpg' width=261 height=580>


<center>
<table width=245 cellspacing=0 cellpadding=0 border=0>
<tr><td>
<font size=1.5 face=verdana color=000000>
<br>
<img src=zero/images/testprop1.jpg align=absbottom>
<ul>
<li>Star Registry Documentation Notification
<li>8.5" x 11" Personalized Star Chart
<ul>
<li>Star Name & Date
<li>Constellation
<li>Location Coordinates
</ul>
<li>8.5" x 11" Gold-Trimmed Star Registration Certificate
<ul>
<li>Includes Midnight Black Framing
<li>Gold Foil Seal of Recognition
</ul>
<li>Star Bright&copy; Leaflet
<li>Options Include:
<ul>
<li>Single Star
<li>Couple Stars
<li>Group Stars
</ul>
</ul>


</td></tr>
</table>

</td>
<td valign=top background='zero/images/dbg.jpg' width=260 height=580>

<center>
<table width=245 cellspacing=0 cellpadding=0 border=0>
<tr><td>
<font size=1 face=verdana color=000000>

<br>
<img src=zero/images/testprop2.jpg align=absbottom>
<ul>
<li>Star Registry Documentation Notification
<li>8.5" x 11" Personalized Star Chart
<ul>
<li>Star Name & Date
```

index[1]

```
<li>Constellation
<li>Location Coordinates
</ul>
<li>14" x 11" Star Registration Certificate
<ul>
<li>Includes Luxurious Wood Framing
<li>Gold Foil Seal of Recognition
</ul>
<li>Star Bright&copy; Leaflet
<li>Personalized Wish & Dedication Message
<li>Personally Designed Online Webpage of your Star Name & Registration Available
for Viewing!
<li>Options Include:
<ul>
<li>Single Star
<li>Couple Stars
<li>Group Stars
</ul>
</ul>


</td></tr></table>

</td>
<td valign=top background='zero/images/pbg.jpg' width=259 height=580>
<center>
<table width=245 cellspacing=0 cellpadding=0 border=0>
<tr><td>
<font size=1 face=verdana color=000000>
<br>
<img src=zero/images/testprop3.jpg align=absbottom>
<ul>
<li>Star Registry Documentation Notification
<li>8.5" x 11" Personalized Star Chart
<ul>
<li>Star Name & Date
<li>Constellation
<li>Location Coordinates
</ul>
<li>14" x 11" Star Registration Certificate
<ul>
<li>Includes Intricate Luxury Framing
<li>Gold Foil Seal of Recognition
</ul>
<li>Star Bright&copy; Leaflet
<li>Personalized Wish & Dedication Message
<li>Personally Designed Online Webpage of your Star Name & Registration Available
for Viewing!
<li>Official GSR Wallet-sized Registration Card with Star Name, Coordinates & Date
<li>Options Include:
<ul>
<li>Single Star
<li>Couple Stars
<li>Group Stars
</ul>
</ul>


</td></tr>
```

```
                                        index[1]
</td></tr></table>


</td></tr></table>
</td></tr></table></center>
</body></html>
<!-- ########################################### -->
```

Ref: CTX02645
Dep:
Date: 11/06/2007
Wgt: 0.1 LBS

SHIPPING:      13.36
SPECIAL:        2.20
HANDLING:       0.00

DV:                0.00    TOTAL:         15.56

Svcs: STANDARD OVERNIGHT
TRCK: 6511 8297 7900

ORIGIN ID: CHIA (312) 427-1300
MAILROOM
LADAS & PARRY LLP
224 S. MICHIGAN AVE
SUITE 1600
CHICAGO, IL 60604
UNITED STATES US

Ship Date: 06NOV07
ActWgt: 0.1 LB
System#: 0743668/CAFE2308
Account: S 060537666

TO MR. STEPHEN CHEUNG
GRAND STAR REGISTRAR
533 OXFORD CIRCLE

(312) 427-1300

**FedEx**
Express

DAVIS, CA 95616

Ref: CTX02645
INV:
PO:                              Dept:

**E**

Delivery Address
Barcode

BILL SENDER

**STANDARD OVERNIGHT**

TRK#   6511 8297 7900   Form
0201

95616   -CA-US   **XH  SMFA**

SMF   A2.

**WED**
Deliver By:
07NOV07



EXHIBIT

N

# LADAS & PARRY LLP
### INTELLECTUAL PROPERTY LAW

Burton S. Ehrlich  burte@ladas.net

LAW OFFICES ▪ LADAS & PARRY LLP ▪ 224 South Michigan Avenue ▪ Suite 1600 ▪ Chicago, Illinois 60604
P 312.427.1300 ext. 213 ▪ F 312.427.6663 ▪ F 312.427.6668 ▪ www.ladas.com

November 6, 2007

**VIA OVERNIGHT COURIER**
**SERVICE DELIVERY**

Mr. Stephen Cheung
Grand Star Registrar
533 Oxford Circle
Davis, California 95616

> Re: **Your Company's Unauthorized Use Of The Trademarks
> And Tradenames STAR REGISTRY, INTERNATIONAL STAR
> REGISTRY And GRAND STAR REGISTRAR In Violation
> Of The Rights Of International Star Registry Of
> Illinois, Ltd.**
> **Our File No.:      CTX02645**

Dear Mr. Cheung:

Please be advised that we represent International Star Registry of Illinois, Ltd., of Ingleside, Illinois, in its trademark and unfair competition related matters. Our client is the owner of the famous trademarks and tradenames **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY.**

Our client recently provided us with advertising or promotional materials which show examples of your company's use of the marks and names **STAR REGISTRY, INTERNATIONAL STAR REGISTRY** and **GRAND STAR REGISTRAR** on a web site and in meta tags or other uses in connection with the sale of gift items upon the Internet, in derogation of our client's rights. We understand that under the above mark and name in use by your company you sell products and services in competition with those being sold by our client.

26 West 61st Street, New York, NY 10023 ▪ 5670 Wilshire Boulevard, Los Angeles, CA 90036
52-54 High Holborn, London WC1V 6RR, England ▪ Dachauerstrasse 37, 80335 Munich, Germany

Mr. Stephen Cheung                          November 6, 2007
Page 2

      You and your company are no doubt, familiar with our
client's well-known and long established trademarks and
tradenames **INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY**.  Our
client has significant goodwill associated with these marks
representing its long use of the trademarks and tradenames for
over a fifteen (15) year time period and our client's
substantial investment in these marks.  Our client also holds
the rights in United States Federal Trademark Registrations for
the mark **INTERNATIONAL STAR REGISTRY**, including Registration
No. 1,420,543, issued on the Principal Trademark Register on
December 9, 1986, where the mark **INTERNATIONAL STAR REGISTRY**
appears in block, bold letter print.  This registration is in
full force and effect, and for many years has achieved
"incontestable" registration status.

      In addition to the above referenced Federal Registration,
our client also holds the rights in an earlier issued Federal
Trademark Registration for the mark **INTERNATIONAL STAR
REGISTRY**, Registration No. 1,356,046, issued on August 20,
1985.  Further, our client holds Principal Register United
States Registrations for the mark **INTERNATIONAL STAR REGISTRY**,
Registration No. 2,101,458, and for the mark **STAR REGISTRY**,
Registration No. 2,101,459.  Both of these United States
Federal Trademark Registrations are in full force and effect,
and show the respective marks in block, bold letter print.
International Star Registry of Illinois, Ltd. further holds the
rights in a number of other Federal or State Trademark
Registrations for the marks **INTERNATIONAL STAR REGISTRY** or **STAR
REGISTRY** or **STARREGISTRY.COM**.

      An indication of our client's goodwill and investment in
the mark is apparent from the fact that the mark has been used
upon over Five Hundred Thousand (500,000) items sold to
consumers.  In support of the trademark in just recent years
alone Millions of dollars have been expended in advertising and
in related promotional activities.  We have calculated that
from one source alone over Five Hundred Million (500,000,000)
consumer impressions of the mark have occurred just during a

Mr. Stephen Cheung                          November 6, 2007
Page 3

recent three (3) year time period.  The marks and names
**INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY** have been widely
promoted in connection with our client's products and services
with major multi-media advertising occurring in support of the
marks.  These activities have included network television
advertising, radio advertising, magazine advertising, newspaper
advertising and a multitude of other activities associated with
promoting the brand.  The trademarks and tradenames
**INTERNATIONAL STAR REGISTRY** and **STAR REGISTRY** are certainly
highly recognized and famous trademarks and tradenames
throughout the United States, as well as in foreign countries.

We understand that you have direct knowledge of our
client's long standing use of its marks, i.e., from your
Internet listings being adjacent to our client's listings.
Your company should also have knowledge of our client's
extensive advertising and promotion of its products and
services under the famous marks and names in use by our client.
Having direct, first hand knowledge of our client's business
activities, such conduct under the present circumstances could
certainly give rise to allegations of intentional or willful
conduct in derogation of our client's rights.  In legal
proceedings intentional or willful conduct could give rise to
an increased measure of damages and an award of attorneys'
fees.

Our client in the past has taken steps to protect its
trademarks and tradenames and others have recognized or
acquiesced in our clients rights.  For instance, in separate
Federal cases, our client successfully has litigated its rights
against those who have unlawfully violated the rights of our
client.  The federal courts in these cases have been
unequivocal in sustaining our client's rights with entering
judgments against infringers, as well as providing for the
mandate of injunctive relief to restrain future acts of
infringement.  The Federal Court has even awarded sanctions for
contemptuous conduct considered in violation of injunctive
relief.

Mr. Stephen Cheung                    November 6, 2007
Page 4


    Your use of the marks and tradenames **STAR REGISTRY,
INTERNATIONAL STAR REGISTRY** and **GRAND STAR REGISTRAR** in
advertising or upon the Internet or as part of a domain name or
on product will obviously cause a likelihood of confusion,
mistake or deception on the part of prospective purchasers.
Our client could also seek to advance its rights under the
State Anti-Dilution laws or the recently enacted provisions in
the Federal Statute which prohibit others from diluting the
distinctive quality of a trademark.  We presume that in light
of the foregoing facts, you will wish to avoid any conflict.
We request your cooperation in the immediate discontinuance by
your company in any further use of our client's trademarks and
tradenames, and the assurance that your company will not in the
future use our client's trademarks and tradenames, or any
similar marks or designations without our client's consent.  So
that all parties are assured that this matter is being fully
resolved please also provide us with a copy of each item, a
specimen of each advertisement, or other material, showing each
use made by your company of the marks and names **STAR REGISTRY,
INTERNATIONAL STAR REGISTRY** and **GRAND STAR REGISTRAR.**  The
immediate discontinuance in the use by your company of our
client's marks and names and any related or similar marks or
names should include all use of our client's marks and names
being made by your company upon the Internet, including any use
of such marks or names in meta tags or as part of a domain
name.

    Your prompt acquiescence in our reasonable requests will
permit all parties to achieve an amicable resolution of this
matter.  As you are aware, it is especially important to avoid
a conflict between marks, since the public interest is involved
when there is a likelihood of confusion, mistake or deception
or when there is dilution of a famous mark.  We anticipate your
early response and cooperation in these matters of mutual
concern.  We look forward to receiving your response within the
next seven (7) days and **by no later than Wednesday, November
14, 2007** or we will assume that you have no interest in seeking
an amicable resolution of this matter.  Your response should
state with particularity the steps you have taken to fully

Mr. Stephen Cheung                                    November 6, 2007
Page 5


comply with our reasonable requests and that you have
discontinued all use of our client's mark and name and any
related or similar marks or names, including any use upon the
Internet (which include any use in meta tags or as part of a
domain name).


                              Sincerely,


                              Burton S. Ehrlich


BSE:jlm

 FedEx

Español | Customer Support | FedEx Locations   Search  Go

Package/Envelope   Freight   Expedited   Office/Print Services ✳
Ship ›    Track ›    Manage ›    Business Solutions ›

Track Shipments/FedEx Kinko's Orders

📰 Printable Version  ❓ Quick Help

# Detailed Results

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 651182977900 | **Reference** | CTX02645 | **Wrong Address?** |
| **Signed for by** | K.BROGAN | **Destination** | DAVIS, CA | Reduce future mistakes by using |
| **Ship date** | Nov 6, 2007 | **Delivered to** | Receptionist/Front Desk | FedEx Address Checker. |
| **Delivery date** | Nov 7, 2007 1:07 PM | **Service type** | Standard Envelope | |
| | | **Weight** | 0.5 lbs. | **Tracking a FedEx SmartPost Shipment?** |
| | | | | Go to shipper login |
| **Status** | Delivered | | | |
| **Signature image available** | Yes | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Nov 14, 2007** | 2:45 PM | **Package returned to shipper** | SACRAMENTO, CA | Return tracking number: 670490866096 |
| **Nov 7, 2007** | 1:07 PM | Delivered | DAVIS, CA | |
| | 8:30 AM | On FedEx vehicle for delivery | SACRAMENTO, CA | |
| | 8:00 AM | At local FedEx facility | SACRAMENTO, CA | |
| | 6:23 AM | At dest sort facility | SACRAMENTO, CA | |
| | 4:50 AM | Departed FedEx location | MEMPHIS, TN | |
| **Nov 6, 2007** | 9:09 PM | Arrived at FedEx location | CHICAGO, IL | |
| | 9:04 PM | Left origin | CHICAGO, IL | |
| | 4:04 PM | Picked up | CHICAGO, IL | |
| | 3:45 PM | Package data transmitted to FedEx | | |

[ Signature proof ] [ E-mail results ] [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

**Your Name:** |           **Your E-mail Address:** |

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |



EXHIBIT

**Select format:** ⦿ HTML   ⦾ Text   ⦾ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these <u>Terms and
Conditions</u>      Submit

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map

This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 27,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **651182977900**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 533 OXFORD CIR |
| | | | DAVIS, CA 95616 |
| Signed for by: | K.BROGAN | Delivery date: | Nov 7, 2007 13:07 |
| Service type: | Standard Envelope | | |

X Katy Brogan

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 651182977900 | Ship date: | Nov 6, 2007 |
| | | Weight: | 0.5 lbs. |

Recipient:
MR. STEPHEN CHEUNG
GRAND STAR REGISTRAR
533 OXFORD CIRCLE
DAVIS, CA 95616 US

Reference

Shipper:
MAILROOM
LADAS & PARRY LLP
224 S. MICHIGAN AVE
SUITE 1600
CHICAGO, IL 60604 US
CTX02645

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339