EOD
EDA

FILED
MARCH 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1378

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD. V. STEPHEN CHEUNG d/b/a INTERNATIONAL STAR REGISTRY, and d/b/a STAR REGISTRY, and d/b/a GRAND STAR REGISTRY | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD.

JUDGE MANNING
MAGISTRATE JUDGE KEYS

| NAME (Type or print) |
|---|
| John P. Luther |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ John P. Luther |
| FIRM |
| Ladas & Parry LLP |
| STREET ADDRESS |
| 224 S. Michigan Avenue, Suite 1600 |
| CITY/STATE/ZIP |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 31445 | 312-427-1300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐