IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD., an Illinois corporation, | ) ) ) | |
| | ) | Civil Action No. 08 CV 1378 |
| Plaintiff, | ) | |
| v. | ) ) | Judge Manning |
| | ) | |
| STEPHEN CHEUNG, an Individual, d/b/a INTERNATIONAL STAR REGISTRY, and d/b/a STAR REGISTRY, and d/b/a GRAND STAR REGISTRAR | ) ) ) ) ) ) | Magistrate Judge Keys |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO AUTHORIZE ELECTRONIC MAIL SERVICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(e) AND 735 ILCS 5/2-203.1**

Now comes International Star Registry of Illinois, Ltd., (hereinafter "Plaintiff" or "International Star") with its Motion for this Court to authorize Plaintiff's service of process on Defendant Stephen Cheung ("Cheung") by electronic mail service pursuant to Federal Rule of Civil Procedure 4(e) and 735 ILCS 5/2-203.1, Service by special order of Court.

Plaintiff filed this lawsuit on March 7, 2008 after concluding its diligent prefiling investigation of facts giving rise to this lawsuit and notifying the Defendant in writing via a cease and desist letter by way of Federal Express delivery addressed to his Internet advertised address of the complained of infringing conduct. The Federal Express delivery was accepted at the indicated address, but then returned to Plaintiff without any further reply from Defendant. These facts are set forth in the accompanying Declaration of John P. Luther, one of Plaintiff's counsels.

As further stated in Mr. Luther's Declaration, attempts to serve the Defendant have been repeatedly undertaken without success. All the while, Defendant's complained of infringing

1

activity is current and ongoing, with damages to Plaintiff mounting and irreparable harm ongoing and continuing. More particularly, as shown in Exhibit A attached to Mr. Luther's Declaration, a log sheet of the efforts of 1st Nationwide Legal Services, service has been attempted unsuccessfully at least seven times.

Therefore, in view of the facts set out in Plaintiff's accompanying Memorandum in support of this Motion, the relevant legal authority and the record of this case, it is respectfully requested of this Court that pursuant to the Federal Rules and Illinois State law, service upon the Defendant be permitted by way of Defendant's documented e-mail addresses of support@grandstarregistrar.com; stepcheung@aol.com and/or excheung@usdavis.edu, as set out in Mr. Luther's Declaration and further identified as Exhibits B, C and D, as attached to Mr. Luther's Declaration and Memorandum.

                                            Respectfully submitted,

| | | |
|---|---|---|
| Burton S. Ehrlich | By: | /s/ John P. Luther |
| John P. Luther | | One of Plaintiff's attorneys |
| Ladas & Parry LLP | | |
| 224 S. Michigan Avenue | | |
| Suite 1600 | | |
| Chicago, IL 60604 | | |
| (312)427-1300 | | |

2