**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD., an Illinois corporation,<br><br>Plaintiff,<br>v.<br><br>STEPHEN CHEUNG, an Individual, d/b/a INTERNATIONAL STAR REGISTRY, and d/b/a STAR REGISTRY, and d/b/a GRAND STAR REGISTRAR<br><br>Defendant. | ) | Civil Action No. 08 CV 1378<br><br>Judge Manning<br><br>Magistrate Judge Keys |

**DECLARATION OF JOHN P. LUTHER IN SUPPORT OF MOTION TO AUTHORIZE ELECTRONIC MAIL SERVICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(e) AND 735 ILCS 5/2-203.1**

I, John P. Luther, state and declare as follows:

1. I am an attorney in the law firm of Ladas & Parry LLP and I am one of Plaintiff's counsels in the above-captioned action.

2. I have been, *inter alia*, continuously practicing trademark law and related litigation for over twenty years, and have diligently performed a prefiling investigation in the present case as to facts giving rise to the various causes of action in the Complaint, and to the address of the Defendant, Stephen Cheung, where he is thought to reside for being served process.

3. Shortly after this lawsuit was filed on March 7, 2008, service was attempted on the Defendant's last known address at least a total of seven times, as set forth in the attached log of Ladas & Parry's hired process server 1st Nationwide Legal Service, Ex. A attached hereto, and under the indicated conditions with the indicated results, as set out under the respective dates of

attempted service in Ex. A, including being blocked by security and fellow U.C. Davis dormitory students of Defendant stating that a Mr. Cheung does not reside at the indicated address even though his name is listed as a current resident.

4. A further request to 1st Nationwide Legal Services made on April 25, 2008 by the undersigned as to what else can be done to attempt service was responded to in the negative as impractical, as no further residency or business addresses for the Defendant are known.

5. A further search by the undersigned did, however, reveal several electronic mail (e-mail) addresses for the Defendant, with one being "support@grandstarregistry.com" as advertised on Defendant's web page for "The Grand Star Registrar" and other infringing activities, Exhibit B, and a further search at the University of California Davis also revealed at least two additional e-mail addresses for Defendant, namely a U.C. Davis Delta Sigma Pi Fall 2007 chapter address of "stepcheung@aol.com", Exhibit C, and a U.C. Davis People address of "excheung@ucdavis.edu", Exhibit D.

6. That in view of all of the above including a diligent inquiry being made as to the location of the Defendant and several reasonable but unsuccessful attempts having been made to serve Defendant process in this action, and conventional service now having also been shown to be impractical, service by e-mail to one or all of the Defendant's identified e-mail addresses is a comparable method of service as reasonably calculated to notify Defendant of this action, especially by way of the Defendant's Internet advertised business e-mail address.

7. I hereby declare under penalty of perjury that the statements set forth in this Declaration are true and correct to the best of my knowledge, ~~information~~ and belief.

Date: May 9, 2008

John P. Luther

# EXHIBIT A

1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

**Voice: 916.449.8990**
**FAX: 916.449.8991**

Attention: Jessica
Burton S. Ehrlich, Esq.
Ladas & Parry LLP
224 South Michigan Avenue
Chicago IL 60604

**Case Number: 08C1378**

**Client Matter Number: CTX02645**
Phone: 312-427-1300x21 FAX: 312-427-6663

**Status Report as of Thu, Mar. 20, 2008 @ 16:18**
**IMPORTANT, Service Suspended, Awaiting Information/Direction From YOUR OFFICE!**

*Court:* **United States District Court - Northern District of Illinois**
*Received Date:* **Thu, Mar. 20, 2008** *Status By Date:* **Tue, Mar. 25, 2008**
*Plaintiff:* **International Star Registry of Illinois, LTD.**
*Defendant:* **Stephen Cheung, et al.**
*Documents:* **Summons In A Civil Case; Complaint;.**

Regarding: Stephen Cheung d/b/a International Star Registry d/b/a Star Registry and d/b/a Grand Star Registar

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 03/12/08 | 8:31pm | Home | Given address is a College Dorm building, unable to gain entry. Attempt made by: Aaron D. Gwin. Attempt at: 533 OXford Circle Davis CA 95616. |
| Thu | 03/13/08 | 6:14pm | Home | Unable to gain entry. Attempt made by: Aaron D. Gwin. Attempt at: 533 OXford Circle Davis CA 95616. |
| Fri | 03/14/08 | 2:12pm | Home | Spoke with the security guard who informed me there is a Cheung who resides in the dorm, called his room but did not get an answer. Attempt made by: Aaron D. Gwin. Attempt at: 533 OXford Circle Davis CA 95616. |
| Sat | 03/15/08 | 6:13pm | Home | Unable to gain entry. Attempt made by: Aaron D. Gwin. Attempt at: 533 OXford Circle Davis CA 95616. |
| Sun | 03/16/08 | 10:46am | Home | Security guard called his room but did not get an answer. Attempt made by: Aaron D. Gwin. Attempt at: 533 OXford Circle Davis CA 95616. |
| Mon | 03/17/08 | 12:42pm | Home | Unable to gain entry. Attempt made by: Aaron D. Gwin. Attempt at: 533 OXford Circle Davis CA 95616. |
| Tue | 03/18/08 | 8:42pm | Home | Security guard called his room and spoke with a student who stated he does not know anyone named Stephen Cheung. The security guard informed me that subject may have moved to a different dorm, this address is a Freshman Dorm, he provided me with a possible e-mail address, excheung@usdavis.edu. Attempt made by: Aaron D. Gwin. Attempt at: 533 OXford Circle Davis CA 95616. |

# EXHIBIT B



Not Registered? **CREATE AN ACCOUNT!** E-Mail Password

# Contact Us

**Contact Us**

The Grand Star Registrar is dedicated to providing fast and consistent customer support. Our large gro professional support agents are available to answer any questions, suggestions or comments you may website and/or our products and services. We understand the importance and time-sensitivity of your b you in any way necessary to ensure a smooth and favorable experience with the Grand Star Registrar.

For all order inquiries and customer support questions, please e-mail our staff at: support@grandstarregistrar.com.

You can also speak to a live representative by calling toll-free at **1-800-213-9803**!

Please have your name and order ID# available. Thank you!

Registered Names and Trademarks are the copyright and property of their respective owners
Use of this Web site constitutes acceptance of the TERMS AND CONDITIONS and PRIVACY POLI
Copyright © 2007, The Grand Star Registrar LLC. All Rights Reserved.

# EXHIBIT C




Nu Rho Chapter
Davis, California

international fraternity

## Nu Rho Chapter Fall 2007 Roster

| Brother Profiles | Executive Committee | Junior Committee | Active Members | Faculty |

| Executive Committee: | Position: | Email Address: |
|---|---|---|
| Anita Chan | President | agchan@ucdavis.edu |
| June-June Shih | Senior Vice President | jshih@ucdavis.edu |
| Alex Chen | VP Pledge Education | alch@ucdavis.edu |
| Anna Tran | VP Professional Activities | aatran@ucdavis.edu |
| David Liu | VP Chapter Operations | dvliu@ucdavis.edu |
| Rachel Lui | VP Finance | rwlui@ucdavis.edu |
| Vincent Wong | VP Financial Activities | vgwong@ucdavis.edu |
| Erica Fong | VP Community Service | ericafong7@yahoo.com |
| Stephanie Lombard | VP Activities | slombard@ucdavis.edu |
| Stephen Cheung | VP Alumni Relations | stepcheung@aol.com |
| Eric Woo | VP Scholarships and Awards | ewoo@ucdavis.com |
| Fred Schobert | Recording Secretary | fkschobert@ucdavis.edu |
| Wai-en Leong | Chancellor | cwleong@ucdavis.edu |
| Kathy Hu | Historian | kshu@ucdavis.edu |
| Huey Nguyen | Public Relations Chair | xhetxayx@yahoo.com |
| Kevin Yeung | Communications Director | kevyeung@ucdavis.edu |
| Derek Lau | Interchapter Liaison | dkwalu@ucdavis.edu |
| Brian Cheng | Ritual Chair | bmcheng@ucdavis.edu |

:: top of page

| Junior Committee: | Position: | Email Address: |
|---|---|---|
| Randy Li | Junior Committee Facilitator | narli@ucdavis.edu |
| Leslie Cheng | VP Pledge Education Assistant | lwcheng@ucdavis.edu |
| Christina Nguyen | Senior Guide | chnnguyen@ucdavis.edu |
| Tyson Lau | Junior Guide | tglau@ucdavis.edu |
| Charles Lam | Big Brother/Little Brother Chair | chalam@ucdavis.edu |
| Kevina Mao | Marketing Chair | kmao@ucdavis.com |
| Stephen Cheung | Webmaster | stepcheung@aol.com |
| Andrew Yuan | Paraphernalia Chair | ayyuan@ucdavis.edu |
| Kirsten O'Neil | Current Events Chair | kconell@ucdavis.edu |
| Juan Chavez | Retreat Coordinator | jjchavez@ucdavis.edu |
| Laura Jen | Fall Banquet Coordinator | lljen@ucdavis.edu |
| Elizabeth Choo | Morale Chair | eschoo@ucdavis.edu |

**Brother of the W**
**Brother of the M**
**Alumnus of the M**
**Scholar of the Mo**

**Sponsorship Vide**

**Etiquette Dinner**
- Fork, Knife, or Sp
- Find Out Here
- Commercial

**Golf Tournament**
- Registration Form
- Commercial

| | | |
|---|---|---|
| Christina Nguyen | Cultural Diversity Chair | chnnguyen@ucdavis.edu |

:: top of page

| **Active Members:** | **Email Address:** |
|---|---|
| Alexis Boris | atboris@ucdavis.edu |
| Annie Chung | anichung@ucdavis.edu |
| David Corpuz | djcorpuz@ucdavis.edu |
| Jane Hsieh | yjhsieh@ucdavis.edu |
| Jennifer Henry Novich | jhenrynovich@ucdavis.edu |
| Katherine Leung | kkyleung@ucdavis.edu |
| Mark Cho | mdcho@ucdavis.edu |
| Mike Lee | mjolee@ucdavis.edu |
| Natalie Wang | natwang@ucdavis.edu |
| Roberto Alas | rfalas@ucdavis.edu |
| Stephanie Feng | stfeng@ucdavis.edu |

:: top of page

| **Faculty Advisors:** | **Department:** |
|---|---|
| John Constantine | Agricultural Resource Economics |
| David Kyle | Sociology |
| Emanuel Frenkel | Economics |
| Hilary Hoynes | Economics |
| Joan Chandler | Textiles and Clothing |

:: top of page

http://www.dsp-nurho.com/
copyright 2003 ΔΣΠ ΝΡ - Delta Sigma Pi, Nu Rho Chapter
contact the webmaster for information

# EXHIBIT D



UC Davis: Search: People Case 1:08-cv-01378 Document 12-2 Filed 05/09/2008 Page 11 of 11 Page 1 of 1

UCDAVIS
UNIVERSITY OF CALIFORNIA

Admissions | Jobs | News | Facts | Giving to UC Davis
Visiting | MyUCDavis | Help

Search: Pages People more options...

Future Students | Current Students | Faculty | Staff | Parents | Alumni & Friends | Business Community |

About UC Davis | Academics | Research | Public Service | Administration | Arts & Culture | Athletics & Recreation |

UC Davis home page > Search > **UC Davis People**

# Search: UC Davis People

**In this section**

Search pages
Search people
Update my listing
Update campus directories help
Academic departments index
Faculty directory
University of California directories

**Look for:** Search

Comments: www@ucdavis.edu

| | | |
|---|---|---|
| **Name** | **Stephen Cheung** | Update this listing |
| **E-mail:** | excheung@ucdavis.edu | **vCard:** Add listing to your Address Book |
| **Student Level:** | Senior | |
| **Major:** | Psychology | |

Copyright © The Regents of the University of California, Davis campus, 2005-07. All Rights Reserved.

Questions or comments? | Help | About this site

**Last updated**: June 29, 2007, 2:09 PM

http://www.ucdavis.edu/search/directory_results.shtml?filter=stephen+cheung&sa=... 4/25/2008