IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL STAR REGISTRY OF ILLINOIS, LTD., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08 CV 1378 |
| v. | ) ) | Judge Manning |
| STEPHEN CHEUNG, an Individual, d/b/a INTERNATIONAL STAR REGISTRY, and d/b/a STAR REGISTRY, and d/b/a GRAND STAR REGISTRAR | ) ) ) ) ) | Magistrate Judge Keys |
| Defendant. | ) ) | |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Tuesday, May 13, 2008 at the hour of 11:00 a.m., we will appear on behalf of Plaintiff International Star Registry of Illinois, Ltd., before the Honorable Blanche M. Manning in Room 2125, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached MOTION TO AUTHORIZE ELECTRONIC MAIL SERVICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(e) AND 735 ILCS 5/2-203.1 with its supporting Memorandum and Declaration of John P. Luther with attached exhibits.

                                            /s/ John P. Luther
                                         One of Plaintiff's Attorneys

Burton S. Ehrlich
John P. Luther
Ladas & Parry LLP
Suite 1600
224 South Michigan Avenue
Chicago, IL 60604
(312) 427-1300