UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

International Star Registry of Illinois, Ltd.
                                    Plaintiff,

v.                                  Case No.: 1:08−cv−01378
                                    Honorable Blanche M. Manning

Stephen Cheung
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

   MINUTE entry before the Honorable Blanche M. Manning: Motion hearing held on 5/13/2008. Plaintiff's motion to authorize electronic mail service [11] is granted. Status hearing held on 5/13/2008. Though no date was given in open court, a status hearing is set for 6/26/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.