# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1378 | **DATE** | 6/23/2008 |
| **CASE TITLE** | International Star Registry of Illinois, Ltd. Vs. Cheung | | |

**DOCKET ENTRY TEXT**

The docket entry of 6/10/2008 (#15) having been erroneously entered in error, is hereby stricken. At the request of the defendant, the status hearing set to 6/26/2008 is reset to 7/17/2008 at 11:00 a.m. Stephen Cheung, (714)308-6380 is granted leave to appear telephonically.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|