AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**08 C 1378**

### SUMMONS IN A CIVIL CASE

INTERNATIONAL STAR REGISTRY
OF ILLINOIS, LTD.

CASE NUMBER:

V.

ASSIGNED JUDGE:

STEPHEN CHEUNG d/b/a INTERNATIONAL
STAR REGISTRY, and d/b/a STAR REGISTRY,
and d/b/a GRAND STAR REGISTRAR

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE MANNING
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Stephen Cheung
d/b/a International Star Registry
d/b/a Star Registry and d/b/a
Grand Star Registrar
533 Oxford Circle,
Davis California, 95616

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Burton S. Ehrlich
Ladas & Parry LLP
224 S. Michigan Avenue
Suite 1600
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
(By) DEPUTY CLERK



**March 7, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | May 22, 2008 |
| NAME OF SERVER *(PRINT)* Burton S. Ehrlich | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): As per Court Order of May 13, 2008 authorizing electronic mail service, the electronic mail service occurred on May 22, 2008 -- return receipt received May 22, 2008 at e-mail address, excheung@ucdavis.edu

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 23, 2008
         Date

*Signature of Server*

Ladas & Parry LLP
224 S. Michigan Avenue
Suite 1600
Chicago, IL 60604
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.