UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

International Star Registry of Illinois, Ltd.
                      Plaintiff,

v.                                  Case No.: 1:08−cv−01378
                                       Honorable Blanche M. Manning

Stephen Cheung
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Blanche M. Manning:Status hearing held on 7/17/2008. Status hearing set for 7/31/2008 at 11:00 AM. Stephen Cheung, (714)308−6380 is granted leave to appear telephonically.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.