UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

International Star Registry of Illinois, Ltd.
                        Plaintiff,

v.                                     Case No.: 1:08−cv−01378
                                     Honorable Blanche M. Manning

Stephen Cheung
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

       MINUTE entry before the Honorable Blanche M. Manning: Status hearing held
and continued to 9/18/2008 at 11:00 A.M. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.